**Fill in this information to identify the case:**

Debtor 1: Roy Mines Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12-00463

# Form 4100N
# Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## Part 1: Mortgage Information

Name of creditor: Panatte, LLC., Urban Partnership Bank, Automation Finance, LLC., Automation Holdings LLC., ClearSpring Loan Services Inc.

Court claim no. (if known): 6-1

Last 4 digits of any number you use to identify the debtor's account: 0 5 6 1

Property address: 3849 West Huron Street
Number    Street

Chicago    Illinois    60624
City    State    ZIP Code

## Part 2: Cure Amount

Total cure disbursements made by the trustee:                                                         Amount

a. Allowed prepetition arrearage:                                                                 (a) $ _____
b. Prepetition arrearage paid by the trustee:                                                     (b) $ _____
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $ _____
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: (d) $ _____
e. Allowed postpetition arrearage:                                                                (e) $ _____
f. Postpetition arrearage paid by the trustee:                                                  + (f) $ _____
g. **Total.** Add lines b, d, and f.                                                              (g) $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Mortgage is paid through the trustee.
   Current monthly mortgage payment:                                                              $ 140,000.00
   The next postpetition payment is due on: __/__/____ MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                       Notice of Final Cure Payment                       page 1

| Debtor 1 | Roy | | Mines Jr. | Case number (if known) 12-00463 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X _____ Signature     Date 12/4/17

Trustee _____
         First Name   Middle Name   Last Name

Address  20 South Clark Street, Suite 2800
         Number       Street

         Chicago                              Illinois    60603
         City                                 State       ZIP Code

Contact phone ( 312 ) 913- 0625            Email Smiljus@semradlaw.com